\*\*NOT FOR PRINTED PUBLICATION\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION No. 9:17-cv-148 |
| v. | § § | JUDGE RON CLARK |
| DEBORAH WAINWRIGHT D/B/A SITCO SERVICES, ET AL. | § § § | |
| *Defendants.* | § | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The parties filed a Stipulation of Dismissal [Dkt. #16], requesting that the case be dismissed without prejudice and that all costs of court be assessed against the party incurring the same. The court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties' Stipulation of Dismissal [Dkt. #16] is GRANTED. The case is DISMISSED WITH PREJUDICE and all costs of court be assessed against the party incurring the same.

**So Ordered and Signed**
**May 8, 2018**

_____
Ron Clark, United States District Judge