**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, | § § § | |
| *Plaintiff,* | § | CIVIL ACTION No. 9:17-cv-148 |
| v. | § § | JUDGE RON CLARK |
| DEBORAH WAINWRIGHT D/B/A SITCO SERVICES, ET AL. | § § § | |
| *Defendants.* | § | |

## AMENDED ORDER OF DISMISSAL

The court's previous Order Granting Stipulation of Dismissal with Prejudice [Dkt. #17] is amended as follows:

The case is DISMISSED WITHOUT PREJUDICE and all costs of court be assessed against the party incurring the same.

**So Ordered and Signed**
**May 9, 2018**

_____
Ron Clark, United States District Judge